UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LAVIA P.,[1] | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00353-JRS-DLP |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**Final Judgment**

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now **affirms** the final decision of the Commissioner. Plaintiff shall take nothing by way of the Complaint against Defendant.

This is a **final judgment** under Federal Rule of Civil Procedure 58. This case is closed.

Date: 09/12/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*

Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record.

---

[1] To protect the privacy interests of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.